THOMPSON, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala. R.App.P.; City of Birmingham v. Business Realty Inv. Co., 722 So.2d 747 (Ala.1998); W.W. Dyar & Sons, Inc. v. Cochran, 693 So.2d 527 (Ala.Civ.App.1997); Holmes v. Gold Kist, Inc., 673 So.2d 449 (Ala.Civ.App.1995); Patterson v. Clarke County Motors, Inc., 551 So.2d 412 (Ala.Civ.App.1989); and Elbert Greeson Hosiery Mills, Inc. v. Ivey, 472 So.2d 1049 (Ala.Civ.App.1985).
ROBERTSON, P.J., and YATES and MONROE, JJ., concur.
CRAWLEY, J., concurs in part and dissents in part.